IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002201-RBJ

MELISSA OLSON,

    Plaintiff,

v.

CHARLES WADMAN,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    The Court having reviewed the Stipulation for Dismissal with Prejudice, and being fully advised in the premises,

    HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    DATED this 2nd day of July, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge